**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
MARITZA RODRIGUEZ,

                    Plaintiff,                  20 **CIVIL** 10489 (KPF)(RWL)

      -v-                                       **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.
----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated August 31, 2021, that this action be, and hereby

is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of

42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          August 31, 2021

                                **RUBY J. KRAJICK**
                                     _____
                                     **Clerk of Court**
**BY:**         K. Mango
                                     _____
                                     **Deputy Clerk**